UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATHAN JOHN WALZ,<br>a/k/a "Fat Nate,"<br>a/k/a "Fat Blood,"<br>a/k/a "Fat Boy,"<br>a/k/a "White Boy Nate,"<br><br>　　　　　Defendant. | **INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 924(d)(1)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## **INTRODUCTION**

At times relevant to this Indictment:

Defendant Nathan John Walz, a/k/a "Fat Nate," a/k/a "Fat Blood," a/k/a "Fat Boy," a/k/a "White Boy Nate," resided in the State and District of Minnesota.

The Defendant was a member and associate of a criminal organization, namely, the Minneapolis Bloods street gang (hereinafter, the "Bloods"). At times relevant to this Indictment, the Bloods operated in the District of Minnesota, and elsewhere.


SCANNED
APR 26 2023
U.S. DISTRICT COURT MPLS

## COUNT 1
(Possession with Intent To Distribute Methamphetamine)

On or about November 1, 2022, in the State and District of Minnesota, the defendant,

**NATHAN JOHN WALZ,**
a/k/a "Fat Nate,"
a/k/a "Fat Blood,"
a/k/a "Fat Boy,"
a/k/a "White Boy Nate,"

did knowingly and intentionally possess with intent to distribute 5 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B).

## COUNT 2
(Felon in Possession of a Firearm)

On or about November 1, 2022, in the State and District of Minnesota, the defendant,

**NATHAN JOHN WALZ,**
a/k/a "Fat Nate,"
a/k/a "Fat Blood,"
a/k/a "Fat Boy,"
a/k/a "White Boy Nate,"

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Assault – 4th Degree | Hennepin County, MN | November 20, 2018 |
| Threats of Violence | Hennepin County, MN | July 26, 2022 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Kimber, model Super Custom Carry, .45 caliber semi-automatic pistol, bearing serial number K314454, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 3
(Possession of a Firearm In Furtherance of Drug Trafficking)

On or about November 1, 2022, in the State and District of Minnesota, the defendant,

**NATHAN JOHN WALZ,**
a/k/a "Fat Nate,"
a/k/a "Fat Blood,"
a/k/a "Fat Boy,"
a/k/a "White Boy Nate,"

did knowingly possess a firearm, that is, a Kimber, model Super Custom Carry, .45 caliber semi-automatic pistol, bearing serial number K314454, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, as alleged in Count 1 of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## **FORFEITURE ALLEGATIONS**

Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of said violations, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations, including but not limited to a Kimber, model Super Custom Carry, .45 caliber semi-automatic pistol, bearing serial number K314454, and any ammunition seized therewith.

Upon conviction of Count 2 and Count 3 of this Indictment, the defendant shall forfeit to the United States any and all firearms, accessories, and ammunition involved in or used in connection with said count of conviction, including but not limited to a Kimber, model Super Custom Carry, .45 caliber semi-automatic pistol, bearing serial number K314454, and any ammunition seized therewith, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY          FOREPERSON